IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CELINE SA,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 24-cv-01842<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Heather K. McShain** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff CELINE SA ("Celine" or "Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Celine's Motion as follows.

This Court finds Celine has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 13, 2024, [21] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Celine has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer

shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Celine's federally registered trademarks, which are covered by U.S. Trademark Registrations Nos. 982,010; 1,000,156; 1,744,898; 1,772,927; 2,475,129; 3,919,067; 4,879,264; 5,959,186; 6,187,133; and 6,337,314 (collectively, the "Celine Trademarks") to residents of Illinois. In this case, Celine has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using counterfeit versions of the Celine Trademarks. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Celine Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Celine's previously granted Motion for Entry of a TRO establishes that Celine has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Celine will suffer irreparable harm if the injunction is not granted.

Specifically, Celine has proved a *prima facie* case of trademark infringement because (1) the Celine Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Celine Trademarks, and (3) Defendants' use of the Celine Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Celine.

2

Furthermore, Defendants' continued and unauthorized use of the Celine Trademarks irreparably harms Celine through diminished goodwill and brand confidence, damage to Celine's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Celine has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Celine Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Celine product or not authorized by Celine to be sold in connection with the Celine Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Celine product or any other product produced by Celine, that is not Celine's or not produced under the authorization, control, or supervision of Celine and approved by Celine for sale under the Celine Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Celine, or are sponsored by, approved by, or otherwise connected with Celine; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Celine, nor authorized by Celine

to be sold or offered for sale, and which bear any of Celine's trademarks, including the Celine Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Celine's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Heguang International Limited or DunhuangGroup d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHgate"), and ContextLogic, Inc. d/b/a Wish.com ("WISH") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Celine expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, DHgate, and WISH or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Celine's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Celine Trademarks.

5. Any Third Party Providers, including Amazon, DHgate, and WISH shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Celine may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by

      electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Remix US and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint [2], Ex Parte Motion [14], Exhibit 2 to the Declaration of Nicolas Lambert [16], and the TRO [21] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The ten thousand dollar ($10,000) bond posted by Celine shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                                                                   SO ORDERED:

                                                                                   Elaine E. Bucklo
                                                                                  United States District Judge

Dated: 4/16/2024

## Schedule A

| No. | Defendants |
|---|---|
| 1 | Remix US |
| 2 | AMMX'shop |
| 3 | HERJOUR |
| 4 | wentao88 |
| 5 | LI MEI LING123 |
| 6 | Oloho |
| 7 | baiqianfuzhuangDD |
| 8 | Prara 。 |
| 9 | NANCHANGCHENZIKAIDIANZISHANGWUYOUXIANGONGSI |
| 10 | huimoshangmaoyouxiangongsi |
| 11 | 5Abags |
| 12 | ai806 |
| 13 | ajoffic |
| 14 | akend Store |
| 15 | amazing889 |
| 16 | Amore bag |
| 17 | beltsunglassesoo |
| 18 | Aster wardrobe Store |
| 19 | bag099 |
| 20 | bag156 |
| 21 | bag5407 Store |
| 22 | bagman888 |
| 23 | bagshop688 Store |
| 24 | bagvip_dk |
| 25 | bailongma999 Store |
| 26 | beautifulfashionbag |
| 27 | beautifulscarf Store |
| 28 | beautyhandbag |
| 29 | binlitrade1 Store |
| 30 | blue88 Store |
| 31 | boosluxurybag Store |
| 32 | bracelet_xz001 Store |
| 33 | bugbags Store |
| 34 | burchs_crossbody |
| 35 | bv_bags Store |
| 36 | celine_bag Store |
| 37 | corajini Store |

| | |
|---|---|
| 38 | cyc1222 |
| 39 | designer Belts Store |
| 40 | designer clothes Store |
| 41 | designer_88 Store |
| 42 | designer_louis |
| 43 | designerbag724 |
| 44 | designerbag789 Store |
| 45 | designerbag923 |
| 46 | designerbags660 |
| 47 | designerbagstore010 Store |
| 48 | dhb2 Store |
| 49 | dhbags1788 |
| 50 | dhjewelry2021 |
| 01 | dhxing6688 |
| 52 | dusha0506 Store |
| 53 | ee54456 |
| 54 | excellent333 |
| 55 | fallinlovebag |
| 56 | Fashion bag1690 Store |
| 57 | fashion_ocean |
| 58 | fashionbags_666 |
| 59 | fendi_bags Store |
| 60 | fristnotch |
| 61 | girl bag |
| 62 | globalsupplyofbags Store |
| 63 | goatkick |
| 64 | God Fashions Store |
| 65 | gold_silver_bag_lee |
| 66 | goldbag_lee |
| 67 | Handcrafted Designer Bags Store |
| 68 | hegarty |
| 69 | helloclients |
| 70 | heymybags |
| 71 | heymyluxury |
| 72 | hjx6851 Store |
| 73 | Hobo bag |
| 74 | hope_h |
| 75 | hsy12345678 Store |
| 76 | hutao010 Store |
| 77 | IMIKE |
| 78 | jewelry_0000 Store |

| 79  | jinduoduo |
|-----|-----------|
| 80  | jlfsta Store |
| 81  | kady drr Store |
| 82  | kixify |
| 83  | ladiesbag1116 |
| 84  | lianqun Store |
| 85  | louise vuitton bag |
| 86  | luebag |
| 87  | lulul8 |
| 88  | lululemens bag |
| 89  | luxu_totes |
| 90  | luxury16888 Store |
| 91  | luxurybag28 Store |
| 92  | luxurybag1122 |
| 93  | luxurygoodsbag Store |
| 94  | meilong08 Store |
| 95  | menswallet Store |
| 96  | meshbag Store |
| 97  | milansunglasses Store |
| 98  | miumiu_bags Store |
| 99  | nice_clothing |
| 100 | nicebag111 |
| 101 | oddboss Store |
| 102 | ornaments002 |
| 103 | overseasbags000 |
| 104 | owoffstores88 Store |
| 105 | pink_bags |
| 106 | pinpin999 Store |
| 107 | qifei07 Store |
| 108 | qualitybags888 |
| 109 | rabbit001 |
| 110 | right brand designer bagstore |
| 111 | ripo2023 |
| 112 | shoes350_official Store |
| 113 | snapshot_bag |
| 114 | superbags666 |
| 115 | tabby bag Store |
| 116 | the_totebag |
| 117 | thetotebag |
| 118 | tiger011 |
| 119 | TOP Designer Bags |
| 120 | top10abags |
| 121 | topqualitybagshoes88 |
| 122 | trashirt |
| 123 | vintage_luxurys |
| 124 | vivid695 |
| 125 | wm_shop |

| | |
|---|---|
| 126 | wsw_bag Store |
| 127 | wwxiangxiang Store |
| 128 | xinyaomaoyi |
| 129 | yandesigner |
| 130 | yming998 |
| 131 | YQ good bags store Store |
| 132 | zsmy2022 |
| 133 | ashan003 |
| 134 | krnvhfn |
| 135 | nana333 |
| 136 | naxienian |
| 137 | OSP |
| 138 | BOBUXLIIN |
| 139 | XuanHuang |
| 140 | hipsterclub Luxury store Store |
| 141 | ShiChun |
| 142 | wjcy2017 |
| 143 | caitlyne Store |
| 144 | designersong Store |
| 145 | fashiontop168 Store |
| 146 | fashion94168 Store |
| 147 | moonlight23 Store |
| 148 | designer belt 1 Store |
| 149 | Newtopjewelry Store |
| 150 | fashionlu88 Store |
| 151 | hgldhgate Store |
| 152 | belts8886 Store |
| 153 | 2023 Lady bags Store |
| 154 | yabsera Store |
| 155 | Designer Brand Supplier Store |
| 156 | posh66 Store |
| 157 | copy_center2 Store |
| 158 | nhjdj |
| 159 | amylulubb Store |
| 160 | topscarf168668 |
| 161 | ymhat168 Store |
| 162 | luxurycaps_hats Store |
| 163 | fashion6516 |
| 164 | ESS556 Store |
| 165 | timeshop666 Store |
| 166 | penldant05 Store |
| 167 | household_items_hall Store |
| 168 | hermabag Store |
| 169 | luxurysunglasses999 Store |
| 170 | lanying33 Store |
| 171 | YM Fashion Studio Store |
| 172 | fashion_belt671542 Store |

| | |
|---|---|
| 173 | yong02 Store |
| 174 | pursuit_t Store |
| 175 | discount66 Store |
| 176 | lazyfashion Store |
| 177 | asd2050 Store |
| 178 | sunshine92 Store |
| 179 | weping Store |
| 180 | dior_cap Store |
| 181 | luxurycaphats Store |
| 182 | luckyshop668 Store |
| 183 | qifei04 Store |
| 184 | john1172020 Store |
| 185 | littlegirl88 Store |
| 186 | fashion1776 Store |
| 187 | luxurybelts888 Store |
| 188 | fashion21588 Store |
| 189 | timmytom Store |
| 190 | popularfront01 Store |
| 191 | Designer accessories Store |
| 192 | Aimei Fashion Brand Store 2022 Store |
| 193 | cnths Store |
| 194 | cntown Store |
| 195 | sunglassesluxu Store |